**Order entered January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00556-CR

**JASON ALLEN SKINNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00955-M**

## ORDER

On November 20, 2014, we ordered court reporter Belinda Baraka to file the complete reporter's record in this appeal by 4:00 p.m. on December 31, 2014. Because the record was already more than four months overdue, we warned Ms. Baraka that if she did not file the record by the date and time ordered, we would order that she not sit as a court reporter until she files the record in this appeal. Nevertheless, to date, Ms. Baraka has not filed the reporter's record in this appeal.

Accordingly, we **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record in this appeal, including all exhibits admitted into evidence, by **4:00 P.M. on JANUARY 20, 2015**.

We further **ORDER** that Belinda Baraka not sit as a court reporter until she files the complete record, including all exhibits, in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; the Dallas County Auditor's Office; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE